**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **IN RE POLYESTER STAPLE** | ) | |
| **ANTITRUST LITIGATION** | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____ | ) | *Civil Docket No.: 3:03CV281* |
| | | |
| **GULISTAN CARPET, INC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **WELLMAN, INC., et al.,** | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

      **THIS MATTER** comes before the Court on the joint motion of Plaintiff Gulistan Carpet, Incorporated ("Gulistan Carpet"), and Defendant Wellman, Incorporated ("Wellman") to dismiss Defendant Wellman with prejudice.  (*MDL Individual Action No.: 3:03CV281*) Gulistan Carpet does not seek to dismiss any other claims or parties.

      **IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**.  Accordingly, Defendant Wellman is **DISMISSED WITH PREJUDICE**.  Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge