IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: POLYESTER STAPLE ANTITRUST LITIGATION | MDL DOCKET NO: 3:03-CV-1516 |
|---|---|
| HAMPTON CAPITAL PARTNERS, LLC d/b/a GULISTAN CARPET, as successor in interest by merger to GULISTAN CARPET, INC.<br><br>Plaintiff,<br><br>vs.<br><br>E. I. DUPONT DE NEMOURS, CO., et al.<br><br>Defendants. | WDNC DOCKET NO.: 3:03-CV-281 |

**ORDER DISMISSING DEFENDANTS HOECHST CELANESE CORPORATION AND HOECHST AKTIENGESELLSCHAFT WITH PREJUDICE**

For good cause shown, the above-captioned action is dismissed with prejudice against all named defendants, Hoechst Celanese Corporation (later known as HNA Holdings, Inc. and now known as CNA Holdings Inc.) and Hoechst Aktiengesellschaft (now known as Hoechst GmbH), and with each party to bear its own fees and costs.

This 12th day of JUNE, 2008.

_____
The Honorable Richard L. Voorhees